FILED
2010 NOV 29 PM 4:24
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 08-36942 |
| Brian L. Varner | ) | |
| Heather M. Varner | ) | JUDGE RICHARD L. SPEER |
| | ) | |
| | ) | ORDER FOR PAYMENT OF |
| Debtor(s) | ) | FEES AND EXPENSES |

Upon hearing(s) having been held pursuant to Bankruptcy Rule 2002(a)(6) and (f) and/or the Court's consideration of applications for compensation and reimbursement of expenses properly before it, and further, the Clerk having calculated the miscellaneous fees owed pursuant to 28 U.S.C. Section 1930(b), **IT IS HEREBY ORDERED** that the following fees and expenses shall be paid by the trustee from the estate:

| | | |
|---|---|---|
| TRUSTEE FEE: | Ericka S. Parker, Esq. | $ 684.71 |
| TRUSTEE EXPENSES: " " " | | $ 15.96 |
| ATTORNEY FOR TRUSTEE FEE: | | $ |
| ATTORNEY FOR TRUSTEE EXPENSES: | | $ |
| OTHER: _____ | | $ |

28 U.S.C. Section 1930(b) Fees payable to the Clerk, U.S. Bankruptcy Court:

| | |
|---|---|
| Adversary Proceedings | $ |
| Reopen Fee | $ |
| TOTAL FEES: | $ 700.67 |

**IT IS FURTHER ORDERED** that the fees allowed herein shall be paid only after a Report of Distribution, reviewed by the Office of the United States Trustee, has been filed with the Court.

Dated: November 24, 2010

/s/ Richard L. Speer
RICHARD L. SPEER
UNITED STATES BANKRUPTCY JUDGE