

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

In re:  VARNER, BRIAN L  
       VARNER, HEATHER M

Case No. 08-36942

Judge Richard L. Speer

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Defiance Clinic, P. O. Box 218, Defiance, OH 43512 | | $4.93 |

Check for $4.93 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Ericka S. Parker, Trustee

Dated: 11/30/10

Cc:  
Office of the U.S. Trustee