✓ #112  # 12995

FILED
2011 JAN 13 PM 1:25

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re:   VARNER, BRIAN L                    Case No. 08-36942
         VARNER, HEATHER M

         Debtor(s)                          Chapter 7

                                            Judge Richard L. Speer

### TRANSMITTAL OF UNCLAIMED FUNDS

Ericka S. Parker, Trustee in the above-captioned estate reports the following:

1. Ninety days have passed since the final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| Name | Address | Amount |
|---|---|---|
| Genito Urinary Surgeons, Inc., | Payment Processing Center, PO Box 742518, Cincinnati, OH 45274-2518 | $107.94 |

2. Your Trustee's check for $107.94 payable to the Clerk of the United States Bankruptcy court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date:  1/11/2011

                                       *Ericka S. Parker*
                                       Ericka S. Parker, Trustee

Office of the U. S. Trustee
*Served electronically

ep\unclafunds.frm